**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 01-7957**

---

MARK ANTHONY CUNNINGHAM,

Petitioner - Appellant,

versus

GREGORY BORIS, Police Officer; PHILLIP CHAPIN,
Police Officer; MICHAEL WINGLER, Police
Sergeant; SOUTHERN DISTRICT OF BALTIMORE CITY,

Defendants - Appellees.

---

Appeal from the United States District Court for the District of
Maryland, at Baltimore. Frederic N. Smalkin, Chief District Judge.
(CA-01-247)

---

Submitted: April 26, 2002          Decided: May 9, 2002

---

Before WIDENER and TRAXLER, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Mark Anthony Cunningham, Appellant Pro Se. Robert D. Anbinder,
OFFICE OF THE CITY SOLICITOR, Baltimore, Maryland; Charles Grant
Byrd, Jr., BROWN, ALSTON & BYRD, Baltimore, Maryland, for
Appellees.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Mark Anthony Cunningham appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp. 2001) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. Cunningham v. Boris, No. CA-01-247 (D. Md. Oct. 19, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2